DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LOUIS NARADA ARMSTRONG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2127

_____

April 29, 2026

Appeal from the Circuit Court for Manatee County; Stephen M. Whyte,
Judge.

Dana K. Chase of Chase Law Florida, P.A., St. Petersburg, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.


NORTHCUTT, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.